**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

| | |
|---|---|
| ANTHONY BARTHOLOMEW COLLINS,<br><br>        Petitioner,<br><br>    v.<br><br>JOSIE GASTELO, Warden,<br><br>        Respondent. | NO. ED CV 17-01213-VBF-AS<br><br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge and Denying the Habeas Corpus Petition, **final judgment is hereby entered in favor of the respondent and against petitioner Anthony Bartholomew Collins.**

Dated: December 8, 2017

                                          VALERIE BAKER FAIRBANK
                            Senior United States District Judge